# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Rasheen Capers, #137327 ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2: 10-cv-0320-RMG |
| A J Padula ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Robert S. Carr is incorporated. It is the judgment of the Court that the action is DISMISSED with prejudice for lack of prosecution. To the extent that Petitioner requests a certificate of appealability from this Court, that certificate is DENIED.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Judge Richard Mark Gergel, United States District Judge.

Date: September 2, 2010

*CLERK OF COURT* Larry W. Propes

*Signature of Clerk or Deputy Clerk*